[No. 24273-3-I.  Division One.  May 6, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JESSIE JAMES BANKHEAD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-8-04205-7, Norman W. Quinn, J., entered January 18, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Forrest, J.

[No. 25188-1-I.  Division One.  May 6, 1991.]

DONNATTA GREEN POWELL, *Respondent,* v. FRANK GREEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 87-2-09079-5, Mary Wicks Brucker, J., entered August 18, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis and Baker, JJ.

[No. 13803-4-II.  Division Two.  May 6, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS BYRUM, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00030-1, Milton R. Cox, J., entered March 29, 1990. *Reversed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.